COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-14-00474-CV

Style:                Gary Johnson v. Prime Auto Direct

Date motion filed[*]:     October 6, 2014

Type of motion:       Third Agreed Motion to Extend Time to File Appellant's Brief

Party filing motion:    Appellant

Document to be filed:   Appellant's Brief

Is appeal accelerated?       No

If motion to extend time:

      Original due date:             August 25, 2014

      Number of extensions granted:     2        Current Due date:  October 9, 2014

      Date Requested:           November 8, 2014

Ordered that motion is:

      ☐   Granted in part

      ☒   Denied

      ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

      ☒   Other: _____

     **Although this Court referred the parties to mediation on June 25, 2014, no objections or other required notifications were filed.  Instead, appellant filed two agreed motions to extend the time to file appellant's brief, which were granted by the Clerk of this Court.  Accordingly, the parties are ordered to file a response to the mediation order within 10 days of this order.  Appellant's motion is denied without prejudice to refiling after the filing of the response, with appellant's brief deadline to be reset after such response.  *See* TEX. R. APP. P. 2, 38.6(a).**

Judge's signature: /s/ Evelyn V. Keyes

              ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:  October 14, 2014

November 7, 2008 Revision